# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 17-5365-JFW(Ex)** | Date: March 19, 2018 |

Title: Reformation Publishing Company, Ltd., et al. -v- Rob Juarez etc.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's October 6, 2017 Scheduling and Case Management Order ("CMO"), the Court set March 13, 2018 as the last day to conduct a Settlement Conference, and March 16, 2018 as the last day to file a Joint Report Re: Results of Settlement Conference. Based on the Report to Court Re: Defendant's Refusal to Participate in Settlement Conference Through Private Mediation; Declaration of John J. Metzidis, filed March 16, 2018 [Docket No. 47], Defendant Rob Juarez has violated the Court's CMO by refusing to participate in a private mediation by the Court ordered deadline of March 13, 2018.

Accordingly, Defendant Rob Juarez is ordered to show cause in writing by **March 21, 2018** why the Court should not strike his Answer and enter default judgment against him for violating the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in striking of Defendant Rob Juarez's Answer and the entry of default judgment against him.

IT IS SO ORDERED.