JS-6

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFORMATION PUBLISHING COMPANY, LTD., a United Kingdom company, and MARBELOW INTELLECTUAL PROPERTIES, a Monaco Société Civile,<br><br>Plaintiffs,<br><br>v.<br><br>ROB JUAREZ, a/k/a BOBBY GENE JUAREZ, d/b/a THE BOSS BOOKING AGENCY,<br><br>Defendant.<br>_____ | Case No. 2:17-CV-5365 JFW (Ex)<br><br>Before the Hon. John F. Walter<br><br>**ORDER**<br><br>**(1) APPROVING STIPULATION FOR VOLUNTARY DISMISSAL;**<br><br>**(2) DISMISSING ACTION WITH PREJUDICE; AND**<br><br>**(3) RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT**<br><br>Complaint Filed: July 20, 2017 |

## **ORDER**

The Court, having considered the Stipulation for Voluntary Dismissal Subject to Conditions (the "Stipulation") entered into by Plaintiffs Reformation Publishing Company, Ltd. and Marbelow Intellectual Properties, MSC (together, "Plaintiffs"), on one hand, and Defendant Rob Juarez ("Juarez" and "Defendant"), on the other hand, and good cause appearing therefor, orders as follows:

-1-

1. The Stipulation is approved.

2. Pursuant to <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 381 (1994), and pursuant to the parties' request and consent, the Court retains jurisdiction over the parties' settlement agreement for the purposes of enforcing the settlement agreement and, if necessary, entering the stipulated judgment referred to therein in the event of Juarez's default or breach of his obligations under the settlement agreement.

3. Subject to the Court's retention of jurisdiction as specified above, the action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 19, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE